1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN COCHRANE,

      Plaintiff,

  v.

OPEN TEXT CORPORATION,

      Defendant.

                              /

No. C 15-01234 WHA

**ORDER DENYING PRO HAC VICE APPLICATIONS OF ATTORNEYS JEFFREY ROSENTHAL AND DARRYL STEIN**

The *pro hac vice* applications of Attorneys Jeffrey Rosenthal and Darryl Stein (Dkt. Nos. 14–15) are **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

    **IT IS SO ORDERED.**

Dated: April 21, 2015.

                                        _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE