Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COCHRANE, an individual, <br><br> Plaintiff(s), <br><br> v. <br><br> OPEN TEXT CORPORATION, et. al. <br><br> Defendant(s). | Case No: 4:15-CV-01234 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Jeffrey A. Rosenthal, an active member in good standing of the bar of the New York State Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Open Text Corporation & Open Text Inc. in the above-entitled action. My local co-counsel in this case is Patrick Gunn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP <br> One Liberty Plaza, New York, NY 10006 | Cooley LLP <br> 101 California St., 5th Fl., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: <br> (212) 225-2000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD: <br> jrosenthal@cgsh.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> pgunn@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2517324.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/21/15

Jeffrey A. Rosenthal
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jeffrey A. Rosenthal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE