Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN COCHRANE, an individual,

            Plaintiff(s),

  v.

OPEN TEXT CORPORATION, et. al.

            Defendant(s).

Case No: 4:15-CV-01234

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Darryl G. Stein, an active member in good standing of the bar of the New York State Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Open Text Corporation & Open Text Inc. in the above-entitled action. My local co-counsel in this case is Patrick Gunn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza, New York, NY 10006 | Cooley LLP<br>101 California St., 5th Fl., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 225-2000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>dstein@cgsh.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pgunn@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5037825.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/21/15

                                                Darryl G. Stein
                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Darryl G. Stein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2015.

                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE