| | |
|---|---|
| 1 | COOLEY LLP |
| | PATRICK GUNN (172258) (pgunn@cooley.com) |
| 2 | 101 California Street |
| | 5th Floor |
| 3 | San Francisco, CA  94111-5800 |
| | Telephone:     (415) 693-2000 |
| 4 | Facsimile:      (415) 693-2222 |
| 5 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | JEFFREY ROSENTHAL (*pro hac vice*) |
| 6 | (jrosenthal@cgsh.com) |
| | DARRYL STEIN (*pro hac vice*) |
| 7 | (dstein@cgsh.com) |
| | One Liberty Plaza |
| 8 | New York, NY 10006 |
| | Telephone:     (212) 225-2000 |
| 9 | Facsimile:      (212) 225-3999 |
| 10 | Attorneys for Respondents |
| | OPEN TEXT CORPORATION and |
| 11 | OPEN TEXT Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN COCHRANE, an individual, | Case No. 4:15-cv-01234-WHA |
| Petitioner, | **DECLARATION OF DARRYL STEIN IN SUPPORT OF RESPONDENTS' MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| OPEN TEXT CORPORATION, a Canadian corporation and OPEN TEXT INC., a Delaware corporation, | Date:            June 11, 2015<br>Time:           8:00 a.m.<br>Courtroom:  8 – 19th Floor<br>Judge:          Hon. William Alsup |
| Respondents. | Motion Filed: April 24, 2015 |

1.

**STEIN DEC. ISO MOTION TO VACATE**
**CASE NO.  4:15-CV-01234-WHA**

I, Darryl Stein, declare as follows:

1. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, co-counsel to Respondents Open Text Corporation and Open Text Inc. in the above-captioned proceedings. I am admitted to practice before this Court *pro hac vice*. Except as otherwise noted, I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

2. A true and correct copy of Petitioner's *FY2014 Incentive Compensation Agreement* and its incorporated *Worldwide Incentive Compensation Policy: FY14 Incentive Compensation Plan (ICP) General Plan Provisions* is attached as **Exhibit 1** to this declaration.

3. A true and correct copy of Petitioner's Employment Agreement, dated December 5, 2012, is attached as **Exhibit 2** to this declaration.

4. A true and correct copy of Respondents' settlement offer to Petitioner, dated May 2, 2014, is attached as **Exhibit 3** to this declaration.

5. A true and correct copy of the arbitrator's February 7, 2015 e-mail to the Parties is attached as **Exhibit 4** to this declaration.

6. A true and correct copy of Petitioner's *Demand for Arbitration*, dated August 20, 2014, is attached as **Exhibit 5** to this declaration.

7. A true and correct copy of the *Response to Claimant's Demand for Arbitration* submitted in *Kevin Cochrane v. Open Text Corporation*, ICDR Case No. 01-14-0001-2566 (hereinafter the "Arbitration"), dated December 9, 2014, is attached as **Exhibit 6** to this declaration.

8. A true and correct copy of *Order No. 1* in the Arbitration, dated January 2, 2015, is attached as **Exhibit 7** to this declaration.

9. A true and correct copy of the *Claimant's Pre-Hearing Brief* submitted in the Arbitration, dated January 16, 2015, is attached as **Exhibit 8** to this declaration.

10. A true and correct copy of the *Respondents' Pre-Hearing Brief* submitted in the Arbitration, dated January 28, 2015, is attached as **Exhibit 9** to this declaration.

11. A true and correct copy of the *Declaration of Manuel N. Sousa* submitted in the

1 | Arbitration, dated January 28, 2015, is attached as **Exhibit 10** to this declaration.

**12.** A true and correct copy of the *Claimant's Pre-Hearing Rebuttal* submitted in the Arbitration, dated February 2, 2015, is attached as **Exhibit 11** to this declaration.

**13.** A true and correct copy of the *Declaration of Kevin Cochrane* submitted in the Arbitration, dated January 16, 2015, is attached as **Exhibit 12** to this declaration.

**14.** A true and correct copy of the *Rebuttal Declaration of Kevin Cochrane* submitted in the Arbitration, dated February 2, 2015, is attached as **Exhibit 13** to this declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 24, 2015

*/s/ Darryl Stein*
Darryl Stein

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Patrick Gunn hereby attests that concurrence in the filing of this document has been obtained.*

Dated: April 24, 2015

*/s/ Patrick Gunn*
Patrick Gunn