| | |
|---|---|
| 1 | COOLEY LLP<br>PATRICK GUNN (172258) (pgunn@cooley.com) |
| 2 | 101 California Street<br>5th Floor |
| 3 | San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000 |
| 4 | Facsimile: (415) 693-2222 |
| 5 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>JEFFREY ROSENTHAL (*pro hac vice*) |
| 6 | (jrosenthal@cgsh.com)<br>DARRYL STEIN (*pro hac vice*) |
| 7 | (dstein@cgsh.com)<br>One Liberty Plaza |
| 8 | New York, NY 10006<br>Telephone: (212) 225-2000 |
| 9 | Facsimile: (212) 225-3999 |
| 10 | Attorneys for Respondents<br>OPEN TEXT CORPORATION and |
| 11 | OPEN TEXT Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | KEVIN COCHRANE, an individual, | Case No. 4:15-cv-01234-WHA |
| | Petitioner, | **EXHIBIT NO. 12 TO DECLARATION OF DARRYL STEIN IN SUPPORT OF RESPONDENTS' MOTION TO VACATE ARBITRATION AWARD** |
| | v. | |
| | OPEN TEXT CORPORATION, a Canadian corporation and OPEN TEXT INC., a Delaware corporation, | Date: June 11, 2015<br>Time: 8:00 a.m.<br>Courtroom: 8 – 19th Floor<br>Judge: Hon. William Alsup |
| | Respondents. | Motion Filed: April 24, 2015<br>**[Redacted Version]** |

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted