1   COOLEY LLP
    PATRICK GUNN (172258) (pgunn@cooley.com)
2   101 California Street
    5th Floor
3   San Francisco, CA  94111-5800
    Telephone:     (415) 693-2000
4   Facsimile:      (415) 693-2222

5   CLEARY GOTTLIEB STEEN & HAMILTON LLP
    JEFFREY ROSENTHAL (*pro hac vice*)
6   (jrosenthal@cgsh.com)
    DARRYL STEIN (*pro hac vice*)
7   (dstein@cgsh.com)
    One Liberty Plaza
8   New York, NY 10006
    Telephone:     (212) 225-2000
9   Facsimile:      (212) 225-3999

10  Attorneys for Respondents
    OPEN TEXT CORPORATION and
11  OPEN TEXT Inc.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16

17  KEVIN COCHRANE, an individual,          Case No. 4:15-cv-01234-WHA

                Petitioner,                 **EXHIBIT NO. 13 TO DECLARATION OF
18                                          DARRYL STEIN IN SUPPORT OF
        v.                                  RESPONDENTS' MOTION TO VACATE
19                                          ARBITRATION AWARD**

20  OPEN TEXT CORPORATION, a Canadian       Date:          June 11, 2015
    corporation and OPEN TEXT INC., a       Time:          8:00 a.m.
21  Delaware corporation,                   Courtroom:     8 – 19th Floor
                                            Judge:         Hon. William Alsup
                Respondents.
22
                                            Motion Filed: April 24, 2015
23
                                            **[Redacted Version]**
24

25

26

27

28
                                            **EXHIBIT NO. 13 TO STEIN DEC. ISO MOTION TO
                                            VACATE
                                            CASE NO. 4:15-CV-01234-WHA**

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted