| | |
|---|---|
| 1 | COOLEY LLP |
| | PATRICK GUNN (172258) (pgunn@cooley.com) |
| 2 | 101 California Street |
| | 5th Floor |
| 3 | San Francisco, CA  94111-5800 |
| | Telephone:      (415) 693-2000 |
| 4 | Facsimile:       (415) 693-2222 |
| | |
| 5 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | JEFFREY ROSENTHAL (*pro hac vice*) |
| 6 | jrosenthal@cgsh.com |
| | One Liberty Plaza |
| 7 | New York, NY 10006 |
| | Telephone:      (212) 225-2000 |
| 8 | Facsimile:       (212) 225-3999 |
| | |
| 9 | Attorneys for Respondents |
| | OPEN TEXT CORPORATION and |
| 10 | OPEN TEXT Inc. |
| | |
| 11 | JEFFREY E. FAUCETTE (193066) |
| | SKAGGS FAUCETTE LLP |
| 12 | jeff@skaggsfaucette.com |
| | One Embarcadero Center, Suite 500 |
| 13 | San Francisco, CA 94111 |
| | Telephone:      (415) 315-1669 |
| 14 | Facsimile:       (415) 433-5994 |
| | |
| 15 | Attorneys for Petitioner |
| | KEVIN COCHRANE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN COCHRANE, an individual, | Case No. 4:15-cv-01234-WHA |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER RE: PETITION TO CONFIRM ARBITRATION AWARD AND MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| OPEN TEXT CORPORATION, a Canadian corporation and OPEN TEXT INC., a Delaware corporation, | Courtroom:   8 – 19th Floor |
| | Judge:         Hon. William Alsup |
| Respondents. | |

Pursuant to Civil Local Rules 6-1(a), 6-1(b), 6-2 and 7-12, Petitioner Kevin Cochrane ("Petitioner") and Respondents Open Text Corporation and Open Text Inc. ("Respondents") (Petitioner and Respondents, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on or about March 16, 2015, Petitioner filed a Petition to Confirm Arbitration Award and Enter Judgment against Respondents (Dkt. No. 1);

**WHEREAS**, on or about March 30, 2015, Petitioner filed an Amended Petition to Confirm Arbitration Award and Enter Judgment against Respondents (the "Petition") (Dkt. No. 4);

**WHEREAS**, on or about April 17, 2015, the Court set an Initial Case Management Conference for June 18, 2015 (the "CMC") (Dkt. No. 17);

**WHEREAS**, the Parties have agreed that the last day for Respondents to answer the Petition is April 24, 2015;

**WHEREAS**, Respondents intend to file an Answer to the Petition (the "Answer") and a Motion to Vacate the Arbitration Award on April 24, 2015 (the "Motion");

**WHEREAS**, the Parties have agreed that Respondents will notice the Motion for hearing on June 11, 2015 at 8:00 a.m. (the "Hearing");

**WHEREAS**, the Parties have agreed to modify the standard briefing schedule as set forth below; and

**WHEREAS**, because the resolution of the issues raised in the Petition and the Motion are expected to fully and finally resolve all issues raised in this proceeding, in the interest of judicial economy, the Parties stipulate and agree and mutually request that the Court advance the CMC from June 18, 2015 to June 11, 2015 at 8:00 a.m., so that it may be held at or immediately following the Hearing.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that:

**1.** The Parties will brief the Motion on the following schedule:

   **(a)** Last day for Respondents to file the Motion: April 24, 2015;

   **(b)** Last day for Petitioner to file opposition to the Motion: May 14, 2015; and

   **(c)** Last day for Respondents to file any reply in support of the Motion:

May 28, 2015.

2. The Parties mutually request that the Court advance the CMC from June 18, 2015 to June 11, 2015, so that it may be held at or immediately following the Hearing on Respondents' Motion.

**IT IS SO STIPULATED.**

Dated: April 24, 2015                               SKAGGS FAUCETTE LLP

                                                    */s/ Jeffrey E. Faucette*
                                                    Jeffrey E. Faucette
                                                    Attorneys for Petitioner KEVEN COCHRANE

Dated: April 24, 2015                               COOLEY LLP

                                                    */s/ Patrick Gunn*
                                                    Patrick Gunn (172258)
                                                    Attorneys for Respondents
                                                    OPEN TEXT CORPORATION and
                                                    OPEN TEXT Inc.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Patrick Gunn hereby attests that concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 27,    , 2015                         _____
                                                    Hon. William Alsup