JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 315-1669
Facsimile:  (415) 433-5994
E-mail: jeff@skaggsfaucette.com

Attorneys for Petitioner KEVIN COCHRANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| KEVIN COCHRANE, an individual, | Case No.: 3:15-CV-01234-WHA |
| Petitioner, | **DECLARATION OF JEFFREY E. FAUCETTE IN SUPPORT OF KEVIN COCHRANE'S OPPOSITION TO MOTION TO VACATE ARBITRATION AWARD** |
| v. | |
| OPEN TEXT CORPORATION, a Canadian corporation and OPEN TEXT INC., a Delaware corporation, | Date:        June 11, 2015<br>Time:        8:00 a.m.<br>Courtroom: 8—19th Floor<br>Judge:       Hon. William H. Alsup |
| Respondents. | |

FAUCETTE DECLARATION RE MOTION TO VACATE:            CASE NO.:  3:15-CV-01234-WHA



I, Jeffrey E. Faucette, declare as follows:

1. I am counsel of record for Petitioner Kevin Cochrane in the above-captioned action. I make this declaration in support of Cochrane's Opposition to Respondents' Motion to Vacate Arbitration Award. Unless otherwise stated, I have personal knowledge of the facts stated in this declaration. If called upon to do so, I could and would competently testify to the facts stated herein.

2. Attached as Exhibit 1 hereto is a true and correct copy of the American Arbitration Association's Commercial Arbitration Rules and Mediation Procedures as amended and effective October 1, 2013. These were the rules in effect during the recent arbitration between Cochrane and Open Text. I downloaded these rules from the AAA website on May 12, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of May, 2015.

/s/
Jeffrey E. Faucette