COOLEY LLP
PATRICK P. GUNN (172258) (pgunn@cooley.com)
NATHANIEL R. COOPER (262098) (ncooper@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Respondents
OPEN TEXT CORPORATION and OPEN TEXT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COCHRANE, an individual,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>OPEN TEXT CORPORATION, a Canadian corporation and OPEN TEXT INC., a Delaware corporation,<br><br>　　　　　　Respondents. | Case No.  3:15-CV-01234-WHA<br><br>**NOTICE OF APPEARANCE OF NATHANIEL R. COOPER AS COUNSEL FOR RESPONDENTS OPEN TEXT CORPORATION AND OPEN TEXT INC.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Nathaniel R. Cooper, of Cooley LLP, hereby enter my appearance as counsel for Respondents OPEN TEXT CORPORATION and OPEN TEXT INC. in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

> Cooley LLP
> 101 California Street, 5th Floor
> San Francisco, CA 94111-5800
> Telephone:  (415) 693-2000
> Facsimile:   (415) 693-2222

Please serve said counsel with all pleadings and notices in this action.

Dated: June 15, 2015

COOLEY LLP
NATHANIEL R. COOPER (262098)

_____/s/ *Nathaniel R. Cooper*_____
Nathaniel R. Cooper

Attorneys for Respondents
OPEN TEXT CORPORATION and
OPEN TEXT INC.

117992444 v1