IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN COCHRANE,

    Petitioner,

v.

OPEN TEXT CORPORATION AND OPEN TEXT INC.,

    Respondents.

No. C 15-01234 WHA

**JUDGMENT**

/

For the reasons stated in the accompanying order granting the petition to confirm the arbitration award of $438,000 plus interest as well as $14,556.87 in fees and expenses, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of petitioner and against respondents. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 16, 2015.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE