1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  NORTHERN DISTRICT OF CALIFORNIA
11  SAN FRANCISCO DIVISION
12

| 13 | KEVIN COCHRANE, an individual, | Case No. 3:15-cv-01234-WHA |
|----|---|---|
| 14 | Petitioner, | **[PROPOSED] ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION TO APPROVE BOND AND STAY EXECUTION OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(D)** |
| 15 | v. | |
| 16 | OPEN TEXT CORPORATION, a Canadian corporation and OPEN TEXT INC., a Delaware corporation, | |
| 17 | | Date:   August 13, 2015<br>Time:   8:00 a.m. |
| 18 | Respondents. | Courtroom: 8 – 19th Floor<br>Judge:   Hon. William Alsup |
| 19 | | Motion Filed: June 30, 2015 |

1    **THIS MATTER**, having come before the Court on Respondents' Unopposed Motion to
2    Approve Bond and Stay Execution of Judgment Pursuant to Federal Rule of Civil Procedure
3    62(d) (the "Motion"), and having considered the Parties' papers, oral argument, and all other
4    pleadings and papers filed herein:

5    **IT IS HEREBY ORDERED** that, for the reasons stated in Respondents' Memorandum of
6    Points and Authorities in Support of their Motion, Respondents' Motion is GRANTED.
7    Respondents are ordered to lodge the Bond described in the Motion, a copy of which was
8    attached to the concurrently filed June 30, 2015 Declaration of Nathaniel R. Cooper as Exhibit A,
9    with the Clerk of the Court within ten (10) days of this Order.  Pursuant to Rule 62(d), execution
10   of this Court's June 16, 2015 Judgment is automatically stayed pending resolution of
11   Respondents' appeal.

13   **IT IS SO ORDERED**.

16   Dated: July 6, _____, 2015

_____
Hon. William Alsup
United States District Judge